UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BILLON, INC., dba OMEGA PRODUCTS INTERNATIONAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES SLATIN, EDNA CORLEY, JOHN VINZANT, MARTIN KNIGHT and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 8:16-cv-00788-CJC-JPR<br><br>JUDGMENT |

　　This action came on for hearing before the Court on October 30, 2017, the Honorable Cormac J. Carney, United States District Court Judge, presiding, on Defendants' Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

　　IT IS ORDERED AND ADJUDGED that Plaintiff BILLON, INC., dba OMEGA PRODUCTS INTERNATIONAL take nothing by way of its Complaint,

1

that the action be dismissed on the merits, and that Defendants JAMES SLATIN, EDNA CORLEY, JOHN VINZANT, and MARTIN KNIGHT recover their costs of suit.

Dated: November 1, 2017

Hon. Cormac J. Carney
United States District Court Judge